# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America <br> v. <br> Andres Pena-Juarez, <br> A209 811 520 <br> *Defendant* | ) <br> ) <br> ) Case No. 17-366 MJ <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 31, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 18, U.S.C. § 1546, a felony, and Title 8, U.S.C. § 1326(a), a felony, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Jimmy X. Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: September 1, 2017

*Judge's signature*

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

# ATTACHMENT A

## Count 1

On or about August 31, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Andres Pena-Juarez, an alien, did knowingly use, attempt to use, and possess an immigrant visa, nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Mexican Passport, passport number G01682518 in the name Alejandro Garcia-Lopez with the date of birth July 21, 1989, and a United States Immigrant Visa bearing the visa case number CDJ201658533005, which the defendant knew to be forged, counterfeited, altered, falsely made, or otherwise procured by fraud or unlawfully obtained, in that the defendant presented the aforementioned documents to United States Border Patrol agents, at a United States Border Patrol immigration checkpoint near Gila Bend, in the District of Arizona; in violation of Title 18, United States Code, section 1546(a), a felony.

## Count 2

On or about August 31, 2017, Andres Pena-Juarez, an alien, was found in the United States of America, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 18, 2017, and not having

1

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## STATEMENT OF PROBABLE CAUSE

I, Jimmy X. Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about August 31, 2017, Border Patrol Agent Michael L. Griffith was performing his regular assigned duties, near Gila Bend, Arizona. Agent Griffith was working as the primary inspection agent at a checkpoint located on State Route 85, when a 2006, silver Hyundai Sonata approached his position.

3. Agent Griffith identified himself as a U.S. Border Patrol agent and performed an immigration inspection on the occupants of the vehicle. Agent Griffith observed two male occupants in the vehicle. Agent Griffith questioned the driver of the vehicle about his immigration status. The driver handed Agent Griffith a United States Passport. Agent Griffith examined the document and noticed that the dates of the document had been altered in an attempt to pass the document as legitimate. Once Agent Griffith noticed the fault in the passport, he referred the Hyundai to secondary for further inspection and questioning.

4. During secondary inspection, Agent Griffith questioned the passenger, later identified as Andres Pena-Juarez about his citizenship. Pena-Juarez stated that he was a citizen of Mexico and handed Agent Griffith a Mexican passport, passport number G01682518, in the name Alejandro Garcia-Lopez with the date of birth July 21, 1989, and a United States Immigrant Visa bearing the visa case number CDJ201658533005.

5. After further inspection of the visa and Mexican Passport, Agent Griffith noticed that the visa had been cut and replaced over the top of the photo. Agent Griffith determined the visa was fraudulent and had been altered in order to appear as a genuine document.

6. Andres Pena-Juarez was transported to the Ajo Border Patrol Station for further processing. Pena-Juarez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

7. Immigration history checks revealed Andres Pena-Juarez to be a citizen of Mexico and a previously removed alien. Andres Pena-Juarez was removed from the United States to Mexico through Calexico, California, on or about August 18, 2017, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Andres Pena-Juarez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Accordingly, your affiant believes that Andres Pena-Juarez entered the United States at a location not

designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Andres Pena-Juarez's immigration history was matched to him by electronic fingerprint comparison.

8. On or about August 31, 2017, Andres Pena-Juarez was advised of his constitutional rights. Pena-Juarez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Pena-Juarez stated that his true and correct name is Andres Pena-Juarez and that he a citizen of Mexico. Pena-Juarez stated that he made arrangements with his friend, Santiago, to cross into the United States. Pena-Juarez said he was not aware how much he would have to pay in order to cross, nor was he given any details about the travel arrangements. Pena-Juarez said he was taken to a house in Mexico and received the fraudulent passport and visa from unknown individuals that were at the house.

9. For these reasons, this affiant submits that there is probable cause to believe that on or about August 31, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, the defendant, Andres Pena-Juarez, an alien, did knowingly use an immigrant visa, nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, in violation of Title 18, United States Code, Section 1546, a felony, and on or about August 31, 2017, Andres Pena-Juarez, an alien, was found in the United States of America at or

near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 18, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

_____
Jimmy X. Cepeda
United States Border Patrol Agent


Sworn to and subscribed before me
this 1st day of September, 2017.

_____
Michelle H. Burns
United States Magistrate Judge